IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Michael F. Abfall, ) | Case No. 1:21-cv-01414 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE DAN AARON POLSTER |
| ) | |
| PHH Mortgage Corporation, ) | |
| ) | **MINUTES & ORDER** |
| Defendants. ) | |
| ) | |

This case settled during the case management conference on August 25, 2021. Accordingly, this case is dismissed with prejudice, with each party to bear its own costs. Notice by the Clerk of Courts is hereby waived.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

Dated: August 25, 2021          *s/Dan Aaron Polster*
                                United States District Judge